1   GEOFFREY V. WHITE, Esq.
    LAW OFFICE OF GEOFFREY V. WHITE
2   351 California Street, Suite 1500
    San Francisco, CA 94104
3   Telephone: (415) 361-5658
    Facsimile: (415) 362-4115

4
    Attorney or Plaintiff
5   SARAH KOWALSKI

6

7   THOMAS M. HERLIHY (SBN 83615)
    MICHAEL G. GLANZBERG (SBN 178751)
8   KELLY, HERLIHY & KLEIN, L.L.P.
    44 Montgomery Street, Suite 2500
9   San Francisco, CA  94104
    Telephone:  (415) 951-0535
10  Facsimile: (415) 391-7808

11  Attorneys for Defendants
    PAUL REVERE LIFE INSURANCE COMPANY,
12  FARELLA, BRAUN & MARTEL, LLP, and FARELLA,
    BRAUN & MARTEL LONG TERM DISABILITY PLAN

13

14              IN THE UNITED STATES DISTRICT COURT

15            FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17  SARAH KOWALSKI,          )  CASE NO. C 06 3341 MMC
                      )
18        Plaintiff,     )
                      )  **[PROPOSED] ORDER CONTINUING**
19     v.          )  **MEDIATION AND PRE-TRIAL**
                      )  **DATES**
20  FARELLA, BRAUN & MARTEL, LLP, a California)
    partnership; FARELLA, BRAUN & MARTEL )
21  LONG TERM DISABILITY PLAN; and PAUL ) Accompanying documents:
    REVERE LIFE INSURANCE COMPANY, a )
22  Massachusetts corporation,     )  1.     Stipulation
                      )
23        Defendants.   )
    _____)
24  _____

25

26

27

28

1      Pursuant to the parties' stipulation, the Court hereby continues the mediation completion

2   date and pre-trial dates in this action by 60 days as follows:

3

4      Mediation completion by:                         January 26, 2007

5      Defendants' Summary Judgment Motion due:          February 16, 2007

6      Hearing on Summary Judgment Motion:               March 23, 2007

7      Joint Case Management Conference Statement due:   May 4, 2007

8      Case Management Conference:                       May 11, 2007

9

10     IT IS SO ORDERED.

11

12   Dated: September 18 , 2006                    _____
                                                    Hon. Maxine M. Chesney
13                                                  Judge, United States District Court
                                                    Northern District
14

15   E:\26200\P04.wpd

16

17

18

19

20

21

22

23

24

25

26

27

28