**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH KOWALSKI, | No. C-06-3341 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| FARELLA, BRAUN & MARTEL, LLP, et al., | |
| Defendants. | |

The Court is in receipt of the parties' "Joint Case Management Conference Statement," filed February 26, 2008.

Given the current status of the case, specifically the pending cross-motions for summary judgment, the March 7, 2008 Case Management Conference is hereby CONTINUED to May 9, 2008 at 10:30 a.m. The parties shall file a Joint Case Management Statement no later than May 2, 2008.

**IT IS SO ORDERED.**

Dated: February 27, 2008

MAXINE M. CHESNEY
United States District Judge