**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   SARAH KOWALSKI,                          No. C-06-3341 MMC

12              Plaintiff,                     **ORDER CONTINUING CASE**
                                              **MANAGEMENT CONFERENCE**
13      v.

14   FARELLA, BRAUN & MARTEL, LLP, et al.,

15              Defendants.

16   _____/

17

18          The Court is in receipt of the parties' "Joint Case Management Conference

19   Statement," filed May 5, 2008.

20          Given the current status of the case, specifically the pending cross-motions for

21   summary judgment, the May 9, 2008 Case Management Conference is hereby

22   CONTINUED to July 11, 2008 at 10:30 a.m.  The parties shall file a Joint Case

23   Management Statement no later than July 3, 2008.

24          **IT IS SO ORDERED.**

25

26   Dated: May 7, 2008                       MAXINE M. CHESNEY
                                              United States District Judge

27

28