IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH KOWALSKI, | No. C-06-3341 MMC |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| FARELLA, BRAUN & MARTEL, LLP, et al., | |
| Defendants. | |

In light of the pending cross-motions for judgment, the Court finds no purpose would be served by conducting a case managment conference at this time.

Accordingly, the Case Management Conference previously scheduled for July 11, 2008 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: June 30, 2008

MAXINE M. CHESNEY
United States District Judge