IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH KOWALSKI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FARELLA, BRAUN & MARTEL, LLP, et al.,<br><br>　　　　Defendants.　　　　　　　　　/ | No. C-06-3341 MMC<br><br>**ORDER VACATING FEBRUARY 13, 2009 HEARING** |

Before the Court is plaintiff's "Motion for Award of Attorneys' Fees and Non-Taxable Costs," filed January 6, 2009.  Defendants have filed opposition, to which plaintiff has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision thereon and hereby VACATES the hearing scheduled for January 13, 2009.

**IT IS SO ORDERED.**


Dated: February 10, 2009

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge