IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SARAH KOWALSKI,

    Plaintiff,

  v.

FARELLA, BRAUN & MARTEL, LLP, et al.,

    Defendants.
_____/

No. C 06-3341 MMC

**ORDER DIRECTING DEFENDANTS TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

By order filed February 2, 2009, the Court directed defendants to lodge a chambers copy of their opposition to plaintiff's motion for attorneys' fees and non-taxable costs, filed January 23, 2009, in compliance with General Order 45 and the Court's Standing Orders. (See Order filed Feb. 2, 2009.)  To date, defendants have failed to submit a chambers copy of the above-referenced document.

Accordingly, if defendants fail to deliver to the Clerk's Office a chambers copy of such document by February 17, 2009, the document will be STRICKEN.

**IT IS SO ORDERED**.

Dated: February 12, 2009

_____
MAXINE M. CHESNEY
United States District Judge