GEOFFREY V. WHITE (SBN 068012)
LAW OFFICE OF GEOFFREY V. WHITE
351 California Street, Suite 1500
San Francisco, CA 94104
Tel: (415) 361-5658
Fax: (415) 362-4115

Attorney for Plaintiff
SARAH KOWALSKI

THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370

Attorneys for Defendants
PAUL REVERE LIFE INSURANCE COMPANY,
FARELLA, BRAUN & MARTEL, LLP, and
FARELLA, BRAUN & MARTEL LONG-TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH KOWALSKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FARELLA, BRAUN & MARTEL, LLP, a California partnership; FARELLA, BRAUN & MARTEL LONG-TERM DISABILITY PLAN; and PAUL REVERE LIFE INSURANCE COMPANY, a Massachusetts corporation,<br><br>　　　　　Defendants. | Case No.:  C 06 3341 MMC<br>**ORDER APPROVING**<br>**STIPULATED JUDGMENT** |

---

STIPULATED JUDGMENT                                    CASE NO. C 06 3341 MMC

422937.1

1  Plaintiff Sarah Kowalski and Defendants Farella, Braun & Martel, LLP, Farella, Braun &
2  Martel Long Term Disability Plan and Paul Revere Life Insurance Company hereby stipulate as
3  follows:
4  The Court having entered a Judgment in a Civil Case for Plaintiff's benefit claims for the
5  period from October 25, 2004 through January 23, 2005 and Plaintiff having submitted a Bill of
6  Costs in the amount of $ 536.26,
7  The parties hereto stipulate that the full amount of the Judgment, consisting of benefits
8  from October 25, 2004 through January 23, 2005 plus interest is $20,069.89 and Plaintiff's costs
9  are $536.26. The total amount of the judgment is: $20,606.15.

LAW OFFICE OF GEOFFREY V. WHITE

Dated: March ___, 2009          By _____/s/_____
                                    Geoffrey V. White
                                    Attorney for Plaintiff
                                    SARAH KOWALSKI


WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP

Dated: March ___, 2009          By _____/s/_____
                                    Thomas M. Herlihy
                                    John C. Fery
                                    Attorneys for Defendants
                                    PAUL REVERE LIFE INSURANCE
                                    COMPANY, FARELLA, BRAUN & MARTEL, LLP,
                                    and FARELLA, BRAUN & MARTEL
                                    LONG-TERM DISABILITY PLAN

**ORDER**

IT IS SO ORDERED AND ADJUDGED.

March 12, 2009                              _____
                                            United States District Judge

-1-
STIPULATED JUDGMENT                                CASE NO. C 06 3341 MMC

422937.1