1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  SARAH KOWALSKI,                              No. C-06-3341 MMC

12          Plaintiff,                            **ORDER DIRECTING PLAINTIFF TO
                                                  SUBMIT CHAMBERS COPY OF**
13      v.                                        **DOCUMENTS IN COMPLIANCE WITH
                                                  GENERAL ORDER 45 AND THE**
14  FARELLA, BRAUN & MARTEL, LLP, et al.,        **COURT'S STANDING ORDERS**

15          Defendants
                                    /

16

17          On December 29, 2009, plaintiff electronically filed a "Notice of Motion and

18  Memorandum in Support of Motion for Award of Attorney's Fees After Remand," as well as

19  a declaration in support of the motion.  Plaintiff has violated General Order 45 and the

20  Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than

21  noon on the business day following the day that the papers are filed electronically, one

22  paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and

23  . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not

24  File.'"  See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to

25  the Honorable Maxine M. Chesney ¶ 2.

26          Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's

27  Standing Orders by immediately submitting a chambers copy of the above-referenced

28  documents.  Plaintiff is hereby advised that if she fails in the future to comply with General

Order 45 and the Court's Standing Order to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: January 8, 2010

MAXINE M. CHESNEY
United States District Judge